JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SALYERS, | CV 14-7490 PA (JCx) |
|       Plaintiff, | JUDGMENT |
|    v. | |
| METROPOLITAN LIFE INS. CO., | |
|       Defendant. | |

     Pursuant to the Court's Findings of Fact and Conclusions of Law issued on August 12, 2015,

     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Metropolitan Life Insurance Company ("Defendant") shall have Judgment in its favor and against plaintiff Susan Salyers ("Plaintiff") on her claim for life insurance benefits.

     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit.

DATED:  August 14, 2015

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE