JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN SALYERS, an individual, | Case No. CV14-07490 PA (JCx) |
| Plaintiff, | Hon. Percy Anderson |
| vs. | **JUDGMENT** |
| METROPOLITAN LIFE INSURANCE COMPANY and DOES 1-10, inclusive, | |
| Defendants. | Complaint Filed: Sept. 25, 2014 |

**HINSHAW & CULBERTSON LLP**
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

300753652v1 0964725

# JUDGMENT

Plaintiff Susan Salyers ("Salyers") filed this lawsuit against Defendant Metropolitan Life Insurance Company's ("MetLife") on September 25, 2014. On September 20, 2017, the Ninth Circuit issued an Opinion reversing and remanding "with instructions to enter judgment in favor of Salyers for the amount of the $250,000 policy that remains unpaid." (Dkt#48) On November 15, 2017, the Ninth Circuit issued its Mandate pursuant to Fed. Rule. App. Proc. 41(a) (Dkt#51.)

Pursuant thereto, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Salyers and against MetLife in the amount of $220,000, which is the amount of the policy benefits that remains unpaid.

DATED: December 6, 2017

Percy Anderson
UNITED STATES DISTRICT JUDGE

300753652v1 0964725